■ FINKELSTEIN et al., Doing Business as FINKELSTEIN & ROBINSON, v KINS.—The court amends its order entered on February 10, 1987 [124 AD2d 92] to add that the hearing and determination of the appeal and the approval of the opinions with respect thereto all occurred prior to December 31, 1986, and that only the ministerial act performed by the office of the clerk of this court in entering an order hereon was done subsequent to January 1, 1987. Concur—Milonas, J. P., Rosenberger, Ellerin and Wallach, JJ.

■ 490 OCEAN ASSOCIATES v ABRAMS.—Motion by the plaintiff-appellant for leave to appeal to the Court of Appeals granted.

This matter, which involves a policy memorandum of the Attorney-General, providing that "buy-out" offers may not be accepted during the red herring stage of a filing for a cooperative, raises questions with respect to the Martin Act, section 352-e of the General Business Law, the State Administrative Procedure Act and consistency with the determination in People v Cull (10 NY2d 123), and deserves consideration by the Court of Appeals. Concur—Kupferman, J. P., Ross, Carro, Rosenberger and Wallach, JJ.